

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Michael Lamont James  DEFENDANT(S). | CR 13-822(A) ODW-18  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_, IT IS ORDERED that a ~~detention hearing~~ as to whether defendant is entitled to a detention hearing and if so, a detention hearing is set for _4/24/14_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _Roybal - 3d floor_

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _4/21/14_

_____
U.S. District Judge/Magistrate Judge